IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:15-cv-00059-PAB-KLM

DANIEL L. ZIESCHANG,

Plaintiff

v.

TWIN CITY FIRE INSURANCE COMPANY, doing business as The Hartford,

Defendant

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

<table>
<tr><td>

/s/ Mark A. Gould
Mark A. Gould
The Law Office of Mark A. Gould, P.C.
1665 Grant Street, First Floor
Denver, CO 80203
Telephone: 303-832-2393
E-mail: mark@markgouldlaw.com
*Counsel for Plaintiff*

</td><td>

/s/ Cynthia Mitchell
Cynthia Mitchell
Alice Warren-Gregory
Shoemaker Ghiselli + Schwartz LLC
1811 Pearl Street
Boulder, CO 80302
Telephone: (303) 530-3452
FAX: (303) 530-4071
cmitchell@sgslitigation.com
awarren-gregory@sgslitigation.com
*Counsel for Defendant*

</td></tr>
</table>

**SO ORDERED**

Dated: _4/6/15_

_____

Hon. Kristen L. Mix
United States Magistrate Judge